ORIGINAL

FILED
DEC 2 2016
U.S. COURT OF
FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| FIRST NATION GROUP, LLC D/B/A JORDAN RESES SUPPLY COMPANY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 16-1603 C<br><br>Judge: _____ |

## MOTION FOR PROTECTIVE ORDER

Given the proprietary and confidential nature of the information disclosed in the Complaint and its accompanying attachments, as well as the information to be disclosed during the pendency of the above captioned protest, Plaintiff respectfully requests that the Court issue a protective order.

Dated: December 2, 2016

Respectfully submitted,

_____
Jonathan T. Williams
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000 (phone)
(202) 857-7836 (protected fax)
jwilliams@pilieromazza.com

*Counsel of Record for Plaintiff,
First Nation Group, LLC d/b/a Jordan Reses Supply Company, LLC*

1

Of Counsel:

Isaias "Cy" Alba, IV
Julia Di Vito
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000 (phone)
(202) 857-7836 (protected fax)
ialba@pileromazza.com
jdivito@pileromazza.com

# UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| FIRST NATION GROUP, LLC D/B/A JORDAN RESES SUPPLY COMPANY, LLC ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) ) Defendant. ) | Case No. _____ Judge: _____ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was sent via the Court of Federal Claim ECF system this 2nd day of December, 2016. I also caused the foregoing to be served via email on the following:

U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC  20530
Fax:    (202) 305-2062
Email: nationalcourts.bidprotest@usdoj.gov

_____
Jonathan T. Williams